MICHELLE SHELTON
600 NORTHPOINTE PKWY
APT C4
JACKSON, MS 39211

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

PRO COLLECT, INC
ATTN: BANKRUPTCY
12170 N ABRAMS RD
STE 100
DALLAS, TX 75243

ADVANCE AMERICA
322 RHETT ST
GREENVILLE, SC 29601

REGIONS
PO BOX 1984
BIRMINGHAM, AL 35201

CAPITAL ONE AUTO
ATTN: BANKRUPTY
7933 PRESTON RD
PLANO, TX 75024

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

CNAC - MS104
2521 HWY 80 EAST
PEARL, MS 39208

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

COMMUNITY CHOICE
2312 E TRINITY MILLS R
CARROLLTON, TX 75006

US DEPT OF EDUCATION
PO BOX 300001
GREENVILLE, TX 75403

FELTON ROBINSON
4997 TERRY RD
JACKSON, MS 39212

US DEPT OF EDUCATION
C/O U.S. ATTORNEY
501 E. COURT ST
STE 4.430
JACKSON, MS 39201

LENDUMO
P.O. BOX 542
LAC DU FLAMBE, WI 54538

LITTLE LAKE LENDING
2726 MISSION RACHERIA
LAKEPORT, CA 95434