# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Michelle Shelton                                   Case No. 25-02941-JAW
                                                            Chapter 7 Proceedings

## NOTICE OF APPEARANCE

COMES NOW, Gulfco of Mississippi, LLC, d/b/a Tower Loan of Ridgeland, by and through its attorney, and files this Notice of Appearance in the above styled action.

This the 4th day of December, 2025

/s/ Joseph T. McDaniel
Joseph T. McDaniel

Joseph T. McDaniel
MSB#: 106499
P. O. Box 320001
Flowood, MS 39232
Telephone: (601) 992-0936
Fax: (601) 992-5176

## CERTIFICATE OF SERVICE

      I do hereby certify that I have this day electronically filed with the Clerk of Court using the ECF system which sent notification, or mailed, via U.S. Mail, postage fully prepaid to non-ECF participants, a true and correct copy of the foregoing notice of appearance of Tower Loan.

| | |
|---|---|
| Thomas Carl Rollins, Jr<br>trollins@therollinsfirm.com | Office of the U.S. Trustee<br>USTPRegion05.AB.ECF@us.doj.gov |
| Michelle Shelton<br>600 Northpointe Pkwy<br>Apt C4<br>Jackson, MS 39211 | Eileen N. Shaffer<br>Chapter 7 Trustee |

This the 4th day of December, 2025

      /s/ Joseph T. McDaniel
      Joseph T. McDaniel

Prepared By:

Joseph T. McDaniel
MSB#: 106499
P. O. Box 320001
Flowood, MS 39232
Telephone: (601) 992-0936
Fax: (601) 992-5176