Certificate Number: 17082-MSS-DE-040448337

Bankruptcy Case Number: 25-02941



17082-MSS-DE-040448337

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 27, 2025, at 5:53 o'clock PM MST, MICHELLE SHELTON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   December 27, 2025

By:   /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director