United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-02941-JAW
Michelle Shelton  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: Feb 19, 2026      Form ID: 318      Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michelle Shelton, 600 Northpointe Pkwy, Apt C4, Jackson, MS 39211-2328 |
| 5591777 | + | Cnac - Ms104, 2521 Hwy 80 East, Pearl, MS 39208-3328 |
| 5591779 | + | Felton Robinson, 4997 Terry Rd, Jackson, MS 39212-5911 |
| 5591781 | + | Little Lake Lending, 2726 Mission Racheria, Lakeport, CA 95453-9612 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Feb 20 2026 00:51:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5591775 | + | Email/Text: bnc@teampurpose.com | Feb 19 2026 19:58:00 | Advance America, 322 Rhett St, Greenville, SC 29601-2532 |
| 5591776 | + | EDI: CAPONEAUTO.COM | Feb 20 2026 00:51:00 | Capital One Auto, Attn: Bankrupty, 7933 Preston Rd, Plano, TX 75024-2359 |
| 5594453 | + | EDI: AISACG.COM | Feb 20 2026 00:51:00 | Capital One Auto Finance, a division, of Capital One, N.A.,, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5591778 | + | Email/Text: bkinfo@ccfi.com | Feb 19 2026 19:58:00 | Community Choice, 2312 E Trinity Mills R, Carrollton, TX 75006-1955 |
| 5598149 | ^ | MEBN | Feb 19 2026 19:54:16 | Joseph T. McDaniel, Esq., for Gulfco of Mississippi, LLC, d/b/a Tower Loan of Ridgeland, P. O. Box 320001, Flowood, MS 39232-0001 |
| 5591780 | + | Email/Text: mail@ldf-holdings.com | Feb 19 2026 19:58:00 | Lendumo, P.O. Box 542, Lac Du Flambe, WI 54538-0542 |
| 5591782 | | EDI: MSDOR | Feb 20 2026 00:51:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5591783 | | Email/Text: clientinformation@procollect.com | Feb 19 2026 19:58:00 | Pro Collect, Inc, Attn: Bankruptcy, 12170 N Abrams Rd, Ste 100, Dallas, TX 75243 |
| 5591784 | + | Email/Text: newbk@Regions.com | Feb 19 2026 19:58:00 | Regions, PO Box 1984, Birmingham, AL 35201-1984 |
| 5591785 | | Email/Text: bankruptcy@towerloan.com | Feb 19 2026 19:58:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5591786 | ^ | MEBN | Feb 19 2026 19:53:48 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5591787 | + | EDI: MAXMSAIDV | Feb 20 2026 00:51:00 | US Dept Of Education, Po Box 300001, Greenville, TX 75403-3001 |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 19, 2026 | Form ID: 318 | Total Noticed: 18 |

5591788     + Email/Text: ebone.woods@usdoj.gov

                                                      Feb 19 2026 19:58:00     US Dept of Education, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Gulfco of Mississippi, LLC, d/b/a Tower Loan of R |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 21, 2026                                            Signature:           /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eileen N. Shaffer | eshaffer@eshaffer-law.com  ms04@ecfcbis.com |
| Joseph Todd McDaniel | on behalf of Creditor Gulfco of Mississippi  LLC, d/b/a Tower Loan of Ridgeland jmcdaniel@towerloan.com, cedouglas@towerloan.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Michelle Shelton trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

| *Information to identify the case:* | |
|---|---|
| Debtor 1  **Michelle Shelton** | Social Security number or ITIN  **xxx–xx–9874** |
| First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | |
| Case number:  **25–02941–JAW** | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Michelle Shelton**
fka Michelle Robinson

Dated: 2/19/26

**By the court:**  /s/Jamie A. Wilson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318          **Order of Discharge**          page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**